UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SHANELL K DUNCAN,

                Plaintiff,

v.

ALVIN R ALLEN, et al.,

                Defendants.

No. 3:23-CV-05285-MJP-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, (Dkt. No. 69,) objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation. (Dkt. No 69.)

(2) Plaintiff's Motion to Dismiss (Dkt. No. 67) is granted. Defendants Martin and Raider are dismissed without prejudice from this action. As Defendants Martin and Raider are dismissed, their Motion to Dismiss (Dkt. No. 65) is denied as moot.

(3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. David W. Christel.

**DATED** this   12th   day of July 2024.

Marsha J. Pechman
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1